AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Gwendolyn Ephraim,
Plaintiff,

v.

City of Chicago, et al.
Defendants.

CASE NUMBER: **07 C 7164**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LEFKOW
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

CHICAGO POLICE OFFICER M. L. FREGOSO, Star No. 19498
Police Headquarters
3510 South Michigan Ave., 5th Floor
Chicago, Illinois 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY B. GRANICH
53 W. Jackson Blvd., Ste. 840
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*Nadine Girley* (signature)

(By) DEPUTY CLERK

December 20, 2007
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: 1-8-08 |
| NAME OF SERVER (PRINT): AARON WILLOUGHBY | TITLE: PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: NANCY NIEMINSK AUTHORIZE TO ACCEPT SERVICE FOR City of Chicago

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-8-08
           Date

Signature of Server: /s/ Aaron Willoughby

Address of Server: 3152 South Prairie Ave, Chgo IL 60616

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.