# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 07 C 7164 |
|---|---|---|

Ephraim, Gwendolyn v. City of Chicago, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Juan Duran and Officer Maria Fregoso

| | |
|---|---|
| NAME (Type or print) <br> Shneur Z. Nathan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/          Shneur Z. Nathan | |
| FIRM <br> City of Chicago Law Department | |
| STREET ADDRESS <br> 30 N. LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6294495 | TELEPHONE NUMBER <br> 312-742-1842 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐