IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN EPHRAIM, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7164 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Jeffrey B. Granich                Joseph F. Graham
     Katie Z. Ehrmin                   Ashley C. Kosztya
     Law Offices of Jeffrey B. Granich City of Chicago Department of Law
     53 W. Jackson Blvd., Suite 840    30 N. La Salle Street, Suite 1020
     Chicago, IL 60604                 Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Officer J. Duran's and M. Fregoso's Agreed Motion For Extension of Time in Which to Answer or Otherwise Plead**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Joan Humphrey Lefkow, or before such other Judge sitting in her stead, on March 4, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, in room 1925 of the Dirksen Courthouse, 219 S. Dearborn Street, Chicago, IL and present the attached motion.

Date:   February 25, 2008

                                            s/ Marc J. Boxerman
                                            MARC J. BOXERMAN

Marc J. Boxerman
Schneur Z. Nathan
City of Chicago Department of Law
30 N. La Salle Street, Suite 1400
Chicago, IL 60602
(312) 744-7684/742-1842
mboxerman@cityofchicago.org
Attorney No. 6215790/6294495