IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **GWENDOLYN EPHRAIM** | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7164 |
| | ) | |
| v. | ) | |
| | ) | Judge Lefkow |
| **CITY OF CHICAGO, et al.,** | ) | |
| | ) | Magistrate Judge Denlow |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 29th day of February, 2008.

> MARA S. GEORGES
> CORPORATION COUNSEL
> CITY OF CHICAGO

BY:  *s/ Joseph Graham*
JOSEPH GRAHAM
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-5126

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused this **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT** to be served electronically upon all represented parties via the CM/ECF electronic filing system this 29th day of February, 2008.

> *s/ Joseph Graham*
> JOSEPH GRAHAM