IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GWENDOLYN EPHRAIM, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7164 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | Magistrate Judge Denlow |
| and CHICAGO POLICE OFFICER J. DURAN, | ) | |
| Star No. 6515, and CHICAGO POLICE OFFICER | ) | |
| M. L. FREGOSO, Star No. 19498, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:  Jeffrey B. Granich                Joseph Graham
     Katie Z. Ehrmin                   City of Chicago Department of Law
     Law Offices of Jeffrey B. Granich  30 N. La Salle Street, Suite 1020
     53 W. Jackson Blvd., Suite 840    Chicago, IL 60602
     Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants Officers' Answer, Defenses, and Jury Demand to Plaintiff's Complaint**, a copy of which is attached and served upon you.

Date:  March 26, 2008

                                    By:   s/ Marc J. Boxerman
                                          MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790