FILED
MAY 0 2 2008
May 2, 2008
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GWENDOLYN EPHRAIM,

Plaintiff,

vs.

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER J. DURAN, Star No. 6515, and CHICAGO POLICE OFFICER M. L. FREGOSO, Star No. 19498,

Defendants.

No. 07 C 7164

Judge Lefkow

Magistrate Judge Denlow

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Jeff
Jeffrey B. Granich
Attorney for plaintiff,
Gwendolyn Ephraim
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6207030
DATE: 4/24/08

Tax ID 20-1720017

Marc J Boxerman
Marc Boxerman
Assistant Corporation Counsel
Attorney for defendants,
Juan Duran and Maria Fregoso
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684
Attorney No. 06215790
DATE: 4/30/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: A.C. Kosztya
Ashley Kosztya
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922
Attorney No. 6274884
DATE: 5/1/08

07 C 7164