

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GWENDOLYN EPHRAIM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 7164 |
| ) | |
| CITY OF CHICAGO, ILLINOIS, and CHICAGO ) | Judge Lefkow |
| POLICE OFFICER J. DURAN, Star No. 6515, and ) | |
| CHICAGO POLICE OFFICER M. L. FREGOSO, ) | Magistrate Judge Denlow |
| Star No. 19498, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Gwendolyn Ephraim, by one of her attorneys, Jeffrey B. Granich, and defendants, Juan Duran and Maria Fregoso, by their attorney, Marc Boxerman, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Gwendolyn Ephraim, against defendants, City of Chicago, Juan Duran and Maria Fregoso, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Marc Boxerman
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-7684
Attorney No. 06215790

ENTER:
The Honorable Joan Humphrey Lefkow
United States District Judge

DATED: MAY 0 2 2008